UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.

Geraldine Garcia

       Plaintiff,

v.                                  LAW STUDENT APPEARANCE FORM

Harrison School District No. 2

       Defendant.

1. Law Student Certification

    I certify that:

    (a)    I am duly enrolled in University of Denver, Sturm College of Law
             law school in accordance with part B.1 of the Student Practice
             Rule of this court.

    (b)    I am receiving no compensation from the client in accordance with part
             B.6 of the Student Practice Rule of this court.

    (c)    I am familiar with and will comply with the Federal Rules of Civil
             Procedure, the Federal Rules of Evidence, and this court's Local Rules of
             Practice and Website (cod.uscourts.gov), including the Judicial Officers'
             Procedures.

Dated:
03/30/2017                                   Signature of Student

2. Law School Certification

   I certify that this student:

   (a)    has completed at least two semesters of law school, including a course in Evidence, and is enrolled in (or has completed) an approved clinical program at the law school;

   (b)    is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

   (c)    that_____Raja  Raghunath_____, who will serve as supervising attorney, is employed in a clinical program approved by this school.

Dated:

_____
Signature of Dean or Authorized Designee

_____BRUCE P. SMITH_____
(Position of Above)

3. Supervising Attorney's Certification

   As a member of the bar of the United States District Court for the District of Colorado, I certify that I will:

   (a)    assume personal professional responsibility for the student's work in accordance with the Student Practice Rule of this court;

   (b)    guide and assist this student as necessary or appropriate under the circumstances; and

   (c)    appear with this student in all proceedings in this matter.

Dated:  4/6/17

_____
Signature of Attorney

4. Consent of Client

   I consent to be represented by student attorney,_____, in
this matter in accordance with the Student Practice Rule of this court.

   I authorize this student: to appear in this matter on my behalf and to prepare
court papers under the supervision of an attorney who is admitted to practice before
this court and employed in the clinical program at the law school.

Dated: 4-3-17                              _Jacueline Jbara_
                                           Signature of Client

5. Judicial Consent

   I authorize this student to appear in this matter pursuant to the Student Practice
Rule of this court, except_____.

Dated:  April 26, 2017                     _s/Philip A. Brimmer_____
                                           Signature of District Judge
                                           or Magistrate Judge Exercising
                                           Consent Jurisdiction Pursuant
                                           to D.C.COLO.LCivR 72.2